■ In the Matter of Frank Garcia, Appellant, v Anthony Annucci, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [42 NYS3d 914]—Appeal from a judgment of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered July 15, 2014 in a proceeding pursuant to CPLR article 78. The judgment confirmed the determination of respondent and dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (2014 NY Slip Op 51960[U] [Sup Ct, Wyoming Cty 2014]). Present—Centra, J.P., Carni, Lindley, Curran and Scudder, JJ.